Appeal dismissed on motion of counsel for Appellant.

*Evans & Mershon,* for Appellant;

*Shutts & Bowen, W. L. Reed* and *Gramling & Clarkson,* for Appellees.

---

T. W. Palmer, Plaintiff in Error, v. Fidelity Bank & Trust Company, a Corporation, Defendant in Error. No. 3494.

A Writ of Error to the Circuit Court for Dade County.

Writ of Error dismissed on motion of counsel for the respective parties.

*Bart A. Riley,* for Plaintiff in Error;

*Snedigar & Miller,* for Defendant in Error.

---

T. W. Palmer, Plaintiff in Error, v. Fidelity Bank & Trust Company, a Corporation, Defendant in Error. No. 3495.

A Writ of Error to the Circuit Court for Dade County.

Writ of Error dismissed on motion of counsel for the respective parties.

*Bart A. Riley,* for Plaintiff in Error;

*Snedigar & Miller,* for Defendant in Error.